IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

PHILLIP DEWAYNE STEWART                                              PLAINTIFF

v.                           Case No. 14-6077

DR. A. MURPHY, Ouachita River
Unit (ORU); RAY HOBBS, Director
Arkansas Department of Correction;
DREAM REDIC YOUNG, Infirmary
Manager, ORU; NURSE KIMBERLY
KELLOGG, ORU; and NURSE RETA
DOUGLAS, ORU                                                        DEFENDANTS

**ORDER**

Now on this 11th day of March 2015, there comes on for consideration the report and recommendation filed herein on February 20, 2015, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. (Doc. 43). Also before the Court are Plaintiff's objections (doc. 45).

The court has reviewed this case *de novo*, to include thirty-three (33) pages of objections by Plaintiff. Plaintiff's lengthy objections restated his complaints against Defendants, however, were not specifically tailored to the findings and recommendations of Judge Ford. However, they were reviewed.

The Court, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Defendants' Motions to Dismiss (docs. 16 & 18) are GRANTED, and Plaintiff's

```
claims are DISMISSED WITH PREJUDICE.  Plaintiff's pending motions
(docs. 27, 37-41) are DENIED AS MOOT.
     IT IS SO ORDERED.


                              /s/  Robert  T.  Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```