```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                     HOT SPRINGS DIVISION
```

PHILLIP DEWAYNE STEWART                                    PLAINTIFF

v.                        Case No. 14-6077

DR. A. MURPHY, Ouachita River
Unit (ORU); RAY HOBBS, Director
Arkansas Department of Correction;
DREAM REDIC YOUNG, Infirmary
Manager, ORU; NURSE KIMBERLY
KELLOGG, ORU; and NURSE RETA
DOUGLAS, ORU                                              DEFENDANTS

                            JUDGMENT

For reasons set forth in the Report and Recommendation (doc. 43) and the Order filed concurrently herewith, Defendants' Motions to Dismiss (docs. 16 & 18) are GRANTED and Plaintiff's claims are DISMISSED WITH PREJUDICE. **The parties have thirty days from entry of this judgment on the docket in which to appeal.**

IT IS SO ORDERED this 11th day of March 2015.

                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge

**AO72A**
**(Rev. 8/82)**